IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA BASTIAN | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 02-CV-4078 |
| UNUMPROVIDENT CORP., et al. | : | |

O R D E R

**AND NOW, TO WIT:** This 7th day of August, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Christine L. Halligan
Deputy Clerk

cc: 8/7/02 clh, by mail:
    Jane Detra Davenport, Esquire
    Robert Knauer, Esquire
    Steven J. Schildt, Esquire

Civ 2 (8/2000)
41(b).frm